

# United States District Court
# Eastern District of California

| Hoa Van Nguyen |
|---|
Plaintiff(s)

Case Number: 1:25−CV−01926−DJC−CSK

V.

| Sergio Albarran, et al., |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jesse M. Bless hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Petitioner Hoa Van Nguyen

On 12/13/2004 (date), I was admitted to practice and presently in good standing in the Massachusetts Supreme Judicial Court (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/18/2025          Signature of Applicant: /s/ Jesse M. Bless

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jesse M. Bless |
| Law Firm Name: | Bless Litigation LLC |
| Address: | 6 Vineyard Lane |
| City: | Georgetown    State: MA    Zip: 01833 |
| Phone Number w/Area Code: | (791) 704-3897 |
| City and State of Residence: | Georgetown, MA |
| Primary E-mail Address: | jesse@blesslitigation.com |
| Secondary E-mail Address: | heather@blesslitigation.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kristina David |
| Law Firm Name: | David Strashnoy Law, PC |
| Address: | 1901 Avenue of the Stars, Suite 200 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (818) 646-7350    Bar #: 346347 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 19, 2025

_/s/ Chi Soo Kim_
JUDGE, U.S. DISTRICT COURT